[No. 43686-4-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. VIKRAM
MURTHY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-08086-8, Linda Lau, J., entered November
23, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 43757-7-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. A.K.S.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-8-05950-0, John M. Darrah, J., entered
November 3, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 43815-8-I.    Division One.    January 31, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL LEIF
HANSEN, *Respondent*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 98-1-00617-4, Ronald L. Castleberry
and Charles S. French, JJ., entered November 23, 1998 and
January 11, 1999. *Reversed* by unpublished per curiam
opinion. Now published at 99 Wn. App. 575.

[Nos. 44211-2-I; 43844-1-I.    Division One.    January 31, 2000.]

MALCOLM A. MOORE, *as Personal Representative*, ET AL.,
*Appellants*, v. THE CITY OF NORTH BEND, *Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 98-2-17928-7, J. Kathleen Learned, J., entered
November 25, 1998 and January 20, 1999. *Affirmed* by un-
published opinion per Baker, J., concurred in by Coleman
and Webster, JJ.